# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** *CHRISTINE HOOD* | **CASE NO.:** *17-10047* |
| **DEBTOR** | **CHAPTER 13** |

**TO:**  Hon. Terre M. Vardaman, Chapter 13 Trustee, Vardaman13CF@gmail.com
U.S. Trustee, USTPRegion.05.AB.ECF@usdoj.gov
*Bayview Loan Servicing – 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146*

## NOTICE OF FILING OF MODIFICATION OF PLAN

**YOU ARE HEREBY NOTIFIED** that the above named debtor(s) filed with the Bankruptcy Court a Modification of Chapter 13 Plan (see copy of proposed modification attached).

**YOU ARE FURTHER NOTIFIED** that any objection to this proposed Modification of Chapter 13 Plan should be filed by written pleading with the Court with a copy of the Case Trustee within thirty (30) days of the mailing of this Notice. If no objection is timely filed, the Court may approve the plan as modified.

**YOU ARE FURTHER NOTIFIED** that any creditor is given thirty (30) days from the date of this Notice to file a Proof of Clam.

**DATED: October 16, 2019.**

> */s/William C. Cunningham*
> WILLIAM C. CUNNINGHAM
> ATTORNEY FOR DEBTOR

WILLIAM C. CUNNINGHAM
ATTORNEY AT LAW
POST OFFICE BOX 624
COLUMBUS, MS 39703
(662) 329-2455
MS BAR NO. 7964
wccsinc@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: *CHRISTINE HOOD*     CASE NO.: *17-10047*
DEBTOR(S)     CHAPTER 13

## MOTION FOR MODIFICATION OF PLAN

**COMES NOW** the debtor, and file this proposed Modification of her Chapter 13 Plan as follows:

1. Debtor would show that she filed for Chapter 13 protection on January 5, 2017. That debtor proposed a 60-month plan. That the Plan was confirmed on April 26, 2017.

2. Debtor proposes that her Plan be modified with the plan period remaining at 60 months.

3. Debtor wishes to remove the mortgage owed to Bayview Loan Servicing from her Chapter 13 Plan and that the remaining debt on said home be extinguished. Debtor would further show that she wishes to voluntarily surrender the home to Bayview Loan Servicing, the mortgage company on the home.

4. That the Debtor's Plan payment should be adjusted accordingly and Debtor should be allowed to use the funds to help secure other residence, pay rent, and help pay for the necessities of life.

**Wherefore,** debtor prays that the Chapter 13 Plan be modified as set forth above.

**Dated:** October 16, 2019.

                         **Respectfully Submitted,**
                         *CHRISTINE HOOD*

                         By: 2v2Z lookdp #F1#Fxqqlqjkdp
                             WILLIAM C. CUNNINGHAM

## **CERTIFICATE OF SERVICE**

I, William C. Cunningham, attorney for the above listed debtors, do hereby certify that I have this date mailed a true and correct copy of the above Motion for Modification of Plan by United States mail, postage pre-paid or electronically mailed through ECF to:

**Terre M. Vardaman**
Vardaman13ECF@gmail.com

**U.S. Trustee**
USTPRegion.05.AB.ECF@usdoj.gov

*Bayview Loan Servicing – 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146*
**SO CERTIFIED**: October 16, 2019.

/s/ William C. Cunningham
WILLIAM C. CUNNINGHAM
ATTORNEY FOR DEBTORS

Prepared by:
William C. Cunningham
Attorney for Debtors
P.O. Box 624
Columbus, MS 39703
wccsinc@gmail.com
Telephone: (662)329-2455
Facsimile: (662)329-4411
MS Bar No.: 7964